**Henry Lewis ASTROP, Plaintiff— Appellant,**

v.

**BRUNSWICK, Defendant—Appellee.**

No. 07–6985.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2007.

Decided: Oct. 18, 2007.

Henry Lewis Astrop, Appellant Pro Se.

Before WILKINSON and TRAXLER, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lewis Astrop appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Astrop v. Brunswick,* No. 3:06–cv–00640 (E.D. Va. Apr. 26, 2007 & May 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*